Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
500 South Grand, Suite 2600
Los Angeles, California 90071
Phone: (213) 4851500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice application pending*)
jkenedy@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606-4410
Phone: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC<br><br>Plaintiff,<br><br>v.<br><br>DEAN HEIMBACH<br>Defendant. | CASE NO. SACV13-0523 AG(ANx)<br><br>**DECLARATION OF JENNIFER A. KENEDY RE NOTICE OF FIDELITY'S COMPLAINT AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER (WITHOUT SECURITY) AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 AND LOCAL RULE 65-1 TO DEAN HEIMBACH**<br><br>[*Ex Parte* Application, Memorandum of Points and Authorities, [Proposed] Order, Declarations of Michael MacDonald, Leslie Blickenstaff, Buddy Maclean, Linda Park, Eric Bronner and Nina Huerta, Notice and *Ex Parte* Request to File Under Seal and [Proposed] Order Filed Concurrently Herewith]<br><br>Date: *Ex Parte*<br>Time: *Ex parte*<br>Place: TBD<br><br>Complaint Filed: April 10, 2013<br>Trial Date: Not Set |

1

Declaration of Jennifer A. Kenedy

ORIGINAL

## DECLARATION OF JENIFER A. KENEDY

I, JENNIFER A. KENEDY, solemnly affirm as follows:

1. My name is Jennifer A. Kenedy, and I am a duly licensed attorney in the State of Illinois in good standing. I am a partner in the firm of Locke Lord LLP, attorneys of record for Plaintiff Fidelity Brokerage Services LLC ("Fidelity") in this action.

2. On April 9, 2013, at approximately 5:00 pm CST and a day prior to filing, I gave direct verbal notice via telephone to Defendant Dean Heimbach ("Heimbach") of Fidelity's intent to file the following day a Complaint, *Ex Parte* Application for Temporary Restraining Order (Without Security) and Order to Show Cause Re Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1 as well as Fidelity's *Ex Parte* Application To Seal Certain Declarations and *Ex Parte* Application To File An Oversize Brief.

3. I informed Mr. Heimbach the nature of the relief sought and indicated that I would immediately forward copies of all publicly filed documents once they are available. I asked for his email address but Mr. Heimbach indicated he wanted to speak with counsel before providing it. I indicated I would overnight the pleadings and, if his attorney permits him to release his email address, I would also send them by email. I indicated I would notify him of the assignment of a judge and of any hearings which are scheduled. I also indicated that I would be happy to speak about the substance of the lawsuit with his attorney once he retains one.

4. As a professional courtesy, on April 9, 2013 at approximately 4:55 pm CST I spoke with Peter Gillies, Associate General Counsel at LPL Financial ("LPL") and advised him of Fidelity's intent to file the above-named documents the following day. I also provided information to Mr. Gillies about the nature of the facts of the matter.

Declaration of Jennifer A. Kenedy

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 9th day of April 2013 at Chicago, Illinois.

FURTHER DECLARANT SAYETH NAUGHT

_____
Jennifer A. Kenedy