Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand, Suite 2600
Los Angeles, California 90071
Phone: (213) 4851500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice application pending*)
jkenedy@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606-4410
Phone: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC<br><br>Plaintiff,<br><br>v.<br><br>DEAN HEIMBACH<br>Defendant. | CASE NO. SACV13-0573 AG (ANx)<br><br>**DECLARATION OF BUDDY MACLEAN IN SUPPORT OF FIDELITY BROKERAGE SERVICES LLC's *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER (WITHOUT SECURITY) AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 AND LOCAL RULE 65-1**<br><br>[*Ex Parte* Application, Memorandum of Points and Authorities, [Proposed] Order, Declarations of Leslie Blickenstaff, Linda Park, Eric Bonner, Michael MacDonald and Nina Huerta, Notice and *Ex Parte* Request to File Under Seal and [Proposed] Order Filed Concurrently Herewith]<br><br>Date:  *Ex Parte*<br>Time:  *Ex parte*<br>Place:  TBD<br><br>Complaint Filed:  , 2013<br>Trial Date: Not Set |

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

ORIGINAL

1

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

## DECLARATION OF BUDDY MACLEAN

I, BUDDY MACLEAN, solemnly affirm as follows:

1.     My name is Buddy Maclean, and I am over the age of 18.  I am a Senior Vice President, Market Manager for Fidelity Brokerage Services LLC ("Fidelity") and am authorized to submit this declaration in support of Fidelity's *Ex Parte* Application for Temporary Restraining Order (Without Security) and Order to Show Cause Re: Preliminary Injunction.  All statements of fact made herein are based on my personal knowledge and all statements made herein on information and belief are believed to be true based on my investigation.

2.     Fidelity and its affiliates provide a variety of financial services—such as retirement services, investment planning, wealth management, securities execution and clearing, life insurance services, and equity services—to Fidelity customers, with whom Fidelity typically enjoys significant, long-term relationships.  Fidelity offers individual investors a broad assortment of trading and cash management features including buying and selling stocks, bonds, options and more than 5,100 mutual funds from Fidelity and other well-known fund companies.

3.     Fidelity is unique in the retail brokerage field because Fidelity does not have its Account Executives make "cold calls" to persons who have no relationship with Fidelity, or who were not referred to Fidelity.  Fidelity requires its Account Executives to develop service relationships based upon leads that Fidelity provides. Fidelity provides leads to its Account Executives from two primary sources.

4.     First, Fidelity forwards information to its representatives from prospective customers who initiate contact with Fidelity either by telephone, over the internet, or in person.  Fidelity and its affiliates devote tens of millions of dollars per year toward attracting customers to Fidelity's various businesses in a variety of means.  Fidelity arranges to publish and broadcast national and local advertisements which invite potential customers to contact Fidelity; Fidelity maintains an interactive internet page that allows interested persons to establish relationships with Fidelity;

Fidelity maintains multiple call centers that prospective customers can use to initiate contact with Fidelity; and, Fidelity maintains prominent retail locations which prospective customers can visit. A large portion of Fidelity's business is derived from this initial customer contact that is generated by significant investments of time, labor, and capital by Fidelity.

5.      Second, Fidelity forwards information to its representatives regarding customers, with whom Fidelity already has a relationship, when those customers experience "triggering events," such as Fidelity 401(k) distributable events, which may lead to interest in Fidelity's retail financial services. In addition, representatives may be assigned to service customers previously serviced by other representatives in certain circumstances, such as if the former representative moves, leaves Fidelity, or is promoted to another position. A significant portion of Fidelity's business is derived from servicing the needs of Fidelity's existing customers. Fidelity's lead-based approach to supporting its Account Executives distinguishes Fidelity from other full-service brokerages, where individual brokers, rather than the firm, are responsible for establishing customer relationships. Fidelity's success in its lead-based approach is based on the typically long-standing relationships it enjoys with its customers.

6.      Fidelity's success with its unique lead-based approach to supporting Account Executives, such as Dean Heimbach ("Heimbach"), is directly tied to Fidelity's trade secret customer information, which is among Fidelity's most important assets. Fidelity's trade secret customer data includes the names of and contact information for Fidelity customers, and includes financial information relating to those customers, such as customer financial statements, investment goals, investment history, assets, income, and net worth. Although certain information might be publicly available—such as an individual's name or published home telephone numbers—only a limited number of Fidelity employees know who among the general public are Fidelity customers, and therefore have a specific need for

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    investment services.   Fidelity developed its customer data through a significant

2    investment of time, labor, and capital, as described above.

3         7.       Fidelity maintains its customer data in confidence, both to preserve

4    Fidelity's competitive advantage in its customer base and to meet customer

5    expectations that Fidelity will maintain sensitive, personally identifiable information

6    (including their identity as a customer, contact information and financial information)

7    in confidence.   Fidelity derives substantial economic value from preserving its

8    customer data as a trade secret.   Although individual customers are periodically

9    subject to random solicitations from Fidelity competitors, no competitor can

10   effectively target a set of Fidelity customers and address their needs without access to

11   Fidelity's trade secret customer data.   In this way, maintaining the confidentiality of

12   Fidelity's trade secret customer data provides Fidelity with a significant competitive

13   advantage over its competitors.

14        8.       Fidelity vigilantly preserves its trade-secret customer data so that it does

15   not become available to competitors, who could use the data to divert customers

16   without the investment of time, labor, and capital that Fidelity made to compile the

17   information.   Fidelity does not provide its trade secret customer data to competitors.

18   Fidelity maintains its trade secret customer data on password-protected computers,

19   and only employees whose jobs require access to the customer data are provided with

20   such access.   Fidelity maintains a Confidentiality Policy, educates its employees on

21   the policy and requires employees, including Heimbach, to sign Employee

22   Agreements in which each employee agrees not to use or disclose Fidelity

23   Confidential Information, including Fidelity customer information, outside of Fidelity.

24

25

26

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

2  foregoing is true and correct and that this declaration was executed this 3 day of

3  April 2013 at _Monterey_, California.

4                                    FURTHER DECLARANT SAYETH NAUGHT.

5

6                                    _____

7                                    Buddy Maclean

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071