1   Nina Huerta (SBN 229070)
    nhuerta@lockelord.com
2   Locke Lord LLP
    300 South Grand, Suite 2600
3   Los Angeles, California 90071
    Phone: (213) 4851500
4   Fax: (213) 485-1200

5   Jennifer A. Kenedy (*pro hac vice application pending*)
    jkenedy@lockelord.com
6   LOCKE LORD LLP
    111 South Wacker Drive
7   Chicago, IL  60606-4410
    Phone:  (312) 443-0700
8   Fax: (312) 443-0336

9   Attorneys for Plaintiff
    FIDELITY BROKERAGE SERVICES LLC

10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

            **SOUTHERN DIVISION**

13

    FIDELITY BROKERAGE SERVICES LLC   )   CASE NO.
14                                    )   SACV13-0573 AG (ANx)
                                      )
15              Plaintiff,            )   **DECLARATION OF ERIC BRONNER IN**
                                      )   **SUPPORT OF FIDELITY BROKERAGE**
16        v.                          )   **SERVICES LLC's *EX PARTE***
                                      )   **APPLICATION FOR TEMPORARY**
17   DEAN HEIMBACH                    )   **RESTRAINING ORDER (WITHOUT**
                                      )   **SECURITY) AND ORDER TO SHOW**
18              Defendant.            )   **CAUSE RE PRELIMINARY**
                                      )   **INJUNCTION PURSUANT TO FEDERAL**
19                                    )   **RULE OF CIVIL PROCEDURE 65 AND**
                                      )   **LOCAL RULE 65-1**
20                                    )
                                      )   [*Ex Parte* Application, Memorandum of
21                                    )   Points and Authorities, [Proposed] Order,
                                      )   Declarations of Leslie Blickenstaff, Buddy
22                                    )   Maclean, Linda Park, Michael MacDonald
                                      )   and Nina Huerta, Notice and *Ex Parte*
23                                    )   Request to File Under Seal and [Proposed]
                                      )   Order Filed Concurrently Herewith]
24                                    )
                                      )   Date:  *Ex Parte*
25                                    )   Time: *Ex parte*
                                      )   Place:  TBD
26                                    )
                                      )   Complaint Filed: , 2013
27                                    )   Trial Date: Not Set
                                      )

28

    ORIGINAL                                              REDACTED

                                    1
                        Declaration of Eric Bronner

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

## DECLARATION OF ERIC BRONNER

I, ERIC BRONNER, solemnly affirm as follows:

1. My name is Eric Bronner and I am over the age of 18. I am a Senior Internal Investigator in the Fidelity Security Group of Fidelity Investments. I am authorized to submit this declaration in support of Fidelity Brokerage Service LLC's ("Fidelity") Ex Parte Application For Temporary Restraining Order (Without Security). The statements contained herein are based on my personal knowledge or, where indicated, on my investigation.

2. As a Senior Internal Investigator in the Security Group at Fidelity, one of my primary responsibility is to conduct investigations involving employees and employee-related issues. I participated in an investigation relating to Dean Heimbach ("Heimbach") after Heimbach's departure from Fidelity.

3. As part of the investigation, I learned that, on or around March 13, 2013, a Fidelity customer called Fidelity's Chairman's Line, a direct, toll-free number used by Fidelity employees to anonymously and internally report conduct which may violate ethical business practices, regulations or other laws. The Chairman's Line is an internal reporting system utilized by Fidelity to call attention to such conduct without fear of retribution. This line is not used outside of Fidelity and the number is not published outside of Fidelity because the purpose of the line is for internal reporting purposes.

4. Calls to the Chairman's Line are received by individuals whose job responsibilities include speaking with the caller and then inputting the content of that call into a report in Norkom. Norkom is an electronic case management system Fidelity utilizes when conducting investigations in the Security Group. Documents or records created during the course of an investigation are stored electronically within Norkom. These written records of calls are created at or near the time the call is received and are stored electronically in Norkom in the ordinary course of Fidelity's business. A true and correct copy of the Norkom report documenting the customer's

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  call on March 13, 2013 is attached hereto and incorporated herein as Exhibit 1.  The
2  document has been redacted to remove social security number references as well as
3  any reference to privileged discussions with Fidelity's legal counsel.

4      5.      According to the Norkom report, a customer of Fidelity's Brea,
5  California branch who identified himself only as "B███", called on March 13, 2013 to
6  voice concerns that his former Account Executive at Fidelity, Dean Heimbach, had
7  recently contacted him and tried to persuade the customer to move his accounts to the
8  former employee's new financial services firm.  When they met at the customer's
9  house to discuss moving his accounts, Heimbach showed up with pre-filled in forms
10 containing the customer's personal and Fidelity account information.  Although the
11 customer was hesitant to identify himself, according to the report, he was calling
12 Fidelity to report this incident because he was concerned that Heimbach had his
13 personal and Fidelity account information in his possession after he no longer worked
14 for Fidelity.

15     6.      After a call is received on Fidelity's Chairman's Line and a written report
16 concerning the content of the call is created, a member of Fidelity's Security Group is
17 assigned to investigate the claim.  I was assigned to investigate this call.  According to
18 the Norkom report, the customer did not want to identify himself completely, but did
19 say his name was "B██" and, to further identify himself, indicated that his wife's
20 name was "B███." I reviewed the customer list assigned to Heimbach at the time
21 of his resignation.  Heimbach serviced only one customer named "R███/B██" whose
22 wife's name is "B███" – B█ W██.

23     7.      Additionally, based on my investigation, the customer had to have been
24 referred to the Chairman's Line by a Fidelity employee, because the Chairman's Line
25 number is not published outside of Fidelity and is used for internal anonymous
26 reporting purposes.

27
28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

3

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

2

foregoing is true and correct and that this declaration was executed this ___ day of

3

April 2013 at Boston, Massachusetts.

4

5

FURTHER DECLARANT SAYETH

6

NAUGHT

7

8

_____    Apr 4, 2013

9

Eric Bronner

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

# EXHIBIT 1

Exhibit _1_, Page _5_

| Home (F9)   Case Management

### Print Preview

Case Details C13_78266 Helmbach_PIV_CL     Show Debug Info

#### Details

| | | | |
|---|---|---|---|
| **Case ID:** | C13_78266 | **Status:** | Active Non Referral |
| **Creation date:** | 03/13/2013 | **Status date:** | 03/13/2013 |
| **Closed date:** | | **Reopen Date:** | |
| **Organization:** | North America | **Domain:** | Reactive Investigations |
| **Case Class:** | Information Security | **Case Type:** | Proprietary Information Violation |
| **Threat Category:** | Internal Regulatory & Policy Compliance | **Severity Tier:** | 3 |
| **Case Name:** | Helmbach_PIV_CL | **Assigned To:** | Bronner, Eric |
| **Source Medium:** | Security Phone Line | **Source Entity:** | Chairman's Line |
| **Source System/Process:** | | **Further Description on Source Entity:** | |
| **Case Due Date:** | | **Reviewer:** | Kuhn, Joe |
| **Affected Company:** | BRANCHES. | **Restricted Incident:** | |
| **Investor Center Case:** | | **Attorney/ Client Privilege:** | |
| **Impact:** | Internal | | |
| **Resource Time (Hours)** | | **Case Financial Summary** | |
| **Case Time (hr):** | 0.5 | **Total Exposure:** | USD 0.00 |
| **Total Time (hr):** | 0.5 | **Total Loss:** | USD 0.00 |
| | | **Total Recovery:** | USD 0.00 |

#### Audit logs

| Action Timestamp | Action Name | Performed by | Status | Reason | Comment |
|---|---|---|---|---|---|
| 03/19/2013 11:10:57 AM | Add Note to Case | Bronner Eric | Active Non Referral | Useful Information | |
| 03/18/2013 11:22:29 AM | Edit Case Notes | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 10:53:23 AM | Reassign | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 10:52:47 AM | Edit Case Notes | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 9:37:54 AM | Reassign | MacDonald Michael | Active Non Referral | Other | |
| 03/14/2013 9:36:29 AM | Add Note to Case | MacDonald Michael | Active Non Referral | Useful Information | |
| 03/14/2013 9:35:58 AM | Add Document To Case | MacDonald Michael | Active Non Referral | Information received | |
| 03/14/2013 9:35:01 AM | Edit Case Details | MacDonald Michael . | Active Non Referral | Other | |
| 03/13/2013 4:07:30 PM | Time Entry | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 4:07:11 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Narrative | |
| 03/13/2013 4:03:47 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Narrative | |
| 03/13/2013 4:02:13 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Hot Issue | |
| 03/13/2013 4:01:31 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Predication | |
| 03/13/2013 3:40:22 PM | Add Entity (Non-Employee) | MacDonald Michael | Active Non Referral | Complainant | |
| 03/13/2013 3:22:07 PM | Link to New Minor Group | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 3:21:10 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 3:20:21 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 3:19:43 PM | Add Entity (Non-Employee) | MacDonald Michael | Active Non Referral | Complainant | |
| 03/13/2013 3:19:01 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | Subject | |
| 03/13/2013 3:18:01 PM | Create Non Referral Case | MacDonald Michael | Active Non Referral | | |

#### Linked Alerts

no rows found

#### Notes

**Exhibit _1_ , Page _6_**

| Note ID | Created By | Note Type | Topic | Note | Creation Timestamp |
|---|---|---|---|---|---|
| 353129 | MacDonald,Michael | Predication | | A call was received on the Chairman's Line by a customer who only identified himself as B██. The customer stated that his former AE at the Brea, CA branch had contacted him and tried to get him to switch over to the AE's new firm. The customer agreed to meet with the AE and is concerned because the AE came to the meeting with forms that were already completed with the customer's personal and Fidelity account details. Matter has been escalated to Reactive Investigations for further review. | 03/13/2013 4:01:31 PM |
| 353131 | MacDonald,Michael | Hot Issue | Customer states that his former AE, who left Fidelity has his personal and account information | | 03/13/2013 4:02:13 PM |
| 353133 | MacDonald,Michael | Noteworthy Remark | | (PWS/ Branches) - A customer voiced concerns about the fact that his former AE at Fidelity contacted him to try and get the customer to go to the AE's new firm. When they met, the former employee had pre-filed forms with the customer's personal and Fidelity account information. Matter referred to the Reactive Investigations Group and is ongoing. | 03/13/2013 4:03:47 PM |
| 353136 | MacDonald,Michael | Narrative | | E&R received a call on the Chairman's Line on the afternoon of March 13, 2013, from a customer of the Brea, CA branch. The customer did not want to get anyone in trouble and was uncomfortable giving his full name, but did state that his name was B██. To help identify himself, he also stated his wife's name was B██████. He was calling because he was concerned about a situation involving his former Account Executive at the branch. His former AE, Dean Heimbach, left the branch in December of last year. Recently Heimbach contacted the customer in an attempt to get him to take his business to Heimbach's new firm. The customer agreed to have Heimbach come to his house to discuss possibly switching firms. What concerned the customer is that Heimbach showed up and had forms already filled out with the customer's personal and Fidelity account details. The customer is concerned about the fact that Heimbach has his personal information in his possession.

The customer ultimately opted to stay with Fidelity. Recently, he met with his new AE. The only name he could give me was Kevin. Based on Who's Who, it is believed to be Kevin Goodman (a486682). Goodman told the customer that he should report it to someone and suggested the Branch Manager, Linda Park (a476569). The customer did not feel comfortable speaking with Linda and ultimately decided to call the Chairman's Line. | 03/13/2013 4:07:11 PM |
| 353308 | MacDonald,Michael | Narrative | | REDACTED , at the request of Leslie Blickenstaff and Stacy Schmidt in Legal. REDACTED

Per Matt Glese, this matter will be assigned to Eric Bronner. | 03/14/2013 9:36:29 AM |
| 354581 | Bronner,Eric | Noteworthy Remark | | Leslie Blickenstaff from Legal was notified of this issue on March 15, 2013. Legal informed us that REDACTED | 03/19/2013 11:10:57 AM |

**Minor Case Groups**

| Minor Case Group Reference | Title | Status | Create Date | Assigned To | Major Case Group Reference |
|---|---|---|---|---|---|
| MN13_05394 | Heimbach previous and/or related cases | New Minor Group | 03/13/2013 | Michael MacDonald | |

**Documents**

| Document Date | Description | Document Link | Mime-Type | FileName | Size |
|---|---|---|---|---|---|
| 03/14/2013 | Escalation Email Chain | Link Disabled | application/octet-stream | RE Chairman's Line Referral C13_78266 .msg | 63.00 KB |

**Associated Entity**

| Associated Entity ID | SSN/Tax ID # | Corp ID | First Name | Last Name | Business Name | Type | Address 1 | Address 2 | City | Addr State | Zip | Comment | Alias | Administrative Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170346 | ███████ | A486744 | DEAN | HEIMBACH | BRANCHES | Subject | 815 EAST BIRCH STREET | | BREA | CA | 92821 | | | |
| 170347 | | B | Unknown | | | Complainant | | | | | | | | |

Exhibit _1_, Page _7_          REDACTED MATERIAL

| 170348 | ████ A475569 LINDA PARK | BRANCHES, Other | 815 EAST BIRCH STREET | BREA CA 92821 |
| 170349 | ████ A468582 KEVIN GOODMAN | BRANCHES Other | 815 EAST BIRCH STREET | BREA CA 92821 |
| 170355 | Barbara Unknown | Complainant | | |

**Tasks**

no rows found

**Vendor**

no rows found

**Associated Accounts**

no rows found

**Exposure/ Loss Recovery**

no rows found

**Case Gap Analysis**

no rows found

**Property Theft - Computer**

no rows found

**Property Theft - General**

no rows found

**Siren Cases**

no rows found

**Case Impact/Resolution**

| Resolution: | Patient transported to hospital/PCP by co-worker: |
| Assistance Rendered by Public Authority: | Patient transported via ambulance: |
| Assistance Rendered by RSOT: | Policy Reminder: |
| Assistance rendered by Travel Security: | Assistance Rendered by SOG: |
| Referred to HR: | Resolved by RSOT and outside authorities: |
| Assistance rendered by Vendor: | Resolved by RSOT staff/No External response: |
| Demotion/Loss of Position: | SAR Filed: |

Exhibit **1**, Page **8**

REDACTED MATERIAL

| | |
|---|---|
| **EMS responded/Patient refused medical treatment:** | **SNW:** |
| **Executive Escalation Notified:** | **Final Written Warning:** |
| **SNWUT:** | |
| **Financial Impact:** | **Terminated - Involuntary:** |
| **Inconclusive:** | **Terminated - Mutual Agreement:** |
| **No employee impact:** | **Terminated - Resignation:** |
| **No threat identified:** | **Threat Mitigated:** |
| **Not Founded:** | **Traveler(s) notified:** |
| **Oral Warning:** | **Treatment rendered by RS&O staff/No EMS response:** |
| **Patient departed to see PCP by self transport:** | **Well-being check conducted:** |
| **Patient transported by family member:** | **Written Warning:** |
| **Patient transported to hospital/PCP by Boston Coach:** | |

| | |
|---|---|
| **Within Terms:** | **Category:** |
| **Results:** | **Value of Relationship:** |
| **Impact Statement Received:** | |
| **Statement Received Date:** | |

Copyright 1998-2010 Norkom Technologies Ltd. All rights reserved.                    EIMScreen_CaseDetailsPP

Exhibit __1__, Page __9__