Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand, Suite 2600
Los Angeles, California 90071
Phone: (213) 4851500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice application pending*)
jkenedy@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606-4410
Phone: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEAN HEIMBACH <br> Defendant. | CASE NO. SA CV13-0573 AG (ANx) <br><br> **DECLARATION OF MICHAEL MACDONALD IN SUPPORT OF FIDELITY BROKERAGE SERVICES LLC's *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER (WITHOUT SECURITY) AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 AND LOCAL RULE 65-1** <br><br> [*Ex Parte* Application, Memorandum of Points and Authorities, [Proposed] Order, Declarations of Leslie Blickenstaff, Buddy Maclean, Linda Park, Eric Bronner and Nina Huerta, Notice and *Ex Parte* Request to File Under Seal and [Proposed] Order Filed Concurrently Herewith] <br><br> Date: *Ex Parte* <br> Time: *Ex parte* <br> Place: TBD <br><br> Complaint Filed: , 2013 <br> Trial Date: Not Set |

ORIGINAL

REDACTED

1
Declaration of Michael MacDonald

## DECLARATION OF MICHAEL MACDONALD

I, MICHAEL MACDONALD, solemnly affirm as follows:

1. My name is Michael MacDonald and I am over the age of 18. I am an Associate Security Analyst, Evaluation and Response in the Security Group of Fidelity Investments and have acted in that capacity since 2011. I have been employed by Fidelity Investments since 2006. I am authorized to submit this declaration in support of Fidelity Brokerage Service LLC's ("Fidelity") Ex Parte Application For Temporary Restraining Order (Without Security). The statements contained herein are based on my personal knowledge or, where indicated, on my investigation.

2. As an Associate Security Analyst in the Security Group at Fidelity, one of my primary responsibilities is to evaluate and respond to security issues. My responsibilities include receiving, evaluating and responding to calls made to Fidelity's Chairman's Line, a direct, toll-free number used by Fidelity employees to anonymously and internally report conduct which concerns them. The Chairman's Line is an internal reporting system utilized by Fidelity to call attention to such conduct without fear of retribution. This line is not used outside of Fidelity and the number is not published outside of Fidelity because the purpose of the line is for internal reporting purposes. Although the Chairman's Line is not typically used by customers, if a call is received by a customer on the Chairman's Line that warrants investigation, Fidelity will investigate their concern. In my 2 years as an Associate Security Analyst at Fidelity, I have handled dozens of calls and am familiar with Fidelity's procedure for receiving, recording and investigating these calls.

3. When a call comes in to the Chairman's Line, as part of my job responsibilities, I am responsible for speaking with the caller, asking questions about the issues raised and then, immediately or very soon after the call, inputting the content of that call into a report in Norkom. Norkom is an electronic case management system Fidelity utilizes when conducting investigations in the Security

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  Group. Documents or records created during the course of an investigation are stored
2  electronically within Norkom. In my 2 years as an Associate Security Analyst at
3  Fidelity, I have created dozens of such reports on Norkom. In each instance where a
4  call is received on the Chairman's line, a Norkom report is generated. It is the custom
5  and practice at Fidelity to create these written records of calls at or near the time the
6  call is received and are to store them electronically in Norkom in the ordinary course
7  of Fidelity's business. Once the report is generated on Norkom, an investigator is
8  assigned to investigate the concerns documented in the report.

9      4.    On March 13, 2013, a customer of Fidelity's Brea, California branch who
10 identified himself only as "B▬", called on March 13, 2013 to voice concerns that his
11 former Account Executive at Fidelity, Dean Heimbach, had recently contacted him
12 and tried to persuade the customer to move his accounts to the former employee's new
13 financial services firm. I answered the Chairman's Line and spoke with this customer
14 directly. The customer reported that when they met at the customer's house to discuss
15 moving his accounts, Heimbach showed up with pre-filled in forms containing the
16 customer's personal and Fidelity account information. Although the customer was
17 hesitant to identify himself, he told me his wife's name was "B▬", that he was a
18 customer of Heimbach, and that he was calling Fidelity to report this incident because
19 he was concerned that Heimbach had his personal and Fidelity account information in
20 his possession after he no longer worked for Fidelity.

21     5.    Immediately after the call concluded, I recorded what the customer had
22 told me in a Norkom report. It is my job responsibility to create these reports when I
23 receive calls on the Chairman's Line in the ordinary course of Fidelity's business.
24 Within several minutes after the call was received on Fidelity's Chairman's Line, I
25 created the written report concerning the content of the call on Norkom, as is
26 Fidelity's routine practice with such matters. After I completed the report, a member
27 of Fidelity's Security Group, Eric Bronner, was assigned to investigate the claim. A
28 true and correct copy of the Norkom report I created documenting the customer's call

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

on March 13, 2013 is attached hereto and incorporated herein as Exhibit 1. The document has been redacted to remove social security number references as well as any reference to privileged discussions with Fidelity's legal counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5 day of April 2013 at Boston, Massachusetts.

FURTHER DECLARANT SAYETH NAUGHT

_____
Michael MacDonald

Exhibit 1, Page 5

# EXHIBIT 1

Norkom 6.1 – Print Preview                                      Page 1 of 4

Home (F9)   Case Management

Print Preview

Case Details C13_78266 Helmbach_PIV_CL      Show Debug Info

## Details

| | | | |
|---|---|---|---|
| Case ID: | C13_78266 | Status: | Active Non Referral |
| Creation date: | 03/13/2013 | Status date: | 03/13/2013 |
| Closed date: | | Reopen Date: | |
| Organization: | North America | Domain: | Reactive Investigations |
| Case Class: | Information Security | Case Type: | Proprietary Information Violation |
| Threat Category: | Internal Regulatory & Policy Compliance | Severity Tier: | 3 |
| Case Name: | Helmbach_PIV_CL | Assigned To: | Bronner, Eric |
| Source Medium: | Security Phone Line | Source Entity: | Chairman's Line |
| Source System/Process: | | Further Description on Source Entity: | |
| Case Due Date: | | Reviewer: | Kuhn, Joe |
| Affected Company: | BRANCHES. | Restricted Incident: | |
| Investor Center Case: | | Attorney/Client Privilege: | |
| Impact: | Internal | | |
| Resource Time (Hours) | | Case Financial Summary | |
| Case Time (hr): | 0.5 | Total Exposure: | USD 0.00 |
| Total Time (hr): | 0.5 | Total Loss: | USD 0.00 |
| | | Total Recovery: | USD 0.00 |

## Audit logs

| Action Timestamp | Action Name | Performed by | Status | Reason | Comment |
|---|---|---|---|---|---|
| 03/19/2013 11:10:57 AM | Add Note to Case | Bronner Eric | Active Non Referral | Useful Information | |
| 03/18/2013 11:22:29 AM | Edit Case Notes | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 10:53:23 AM | Reassign | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 10:52:47 AM | Edit Case Notes | Leone Joseph | Active Non Referral | Other | |
| 03/14/2013 9:37:54 AM | Reassign | MacDonald Michael | Active Non Referral | Other | |
| 03/14/2013 9:36:29 AM | Add Note to Case | MacDonald Michael | Active Non Referral | Useful Information | |
| 03/14/2013 9:35:58 AM | Add Document To Case | MacDonald Michael | Active Non Referral | Information received | |
| 03/14/2013 9:35:01 AM | Edit Case Details | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 4:07:30 PM | Time Entry | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 4:07:11 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Narrative | |
| 03/13/2013 4:03:47 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Narrative | |
| 03/13/2013 4:02:13 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Hot Issue | |
| 03/13/2013 4:01:31 PM | Add Note to Case | MacDonald Michael | Active Non Referral | Predication | |
| 03/13/2013 3:40:22 PM | Add Entity (Non-Employee) | MacDonald Michael | Active Non Referral | Complainant | |
| 03/13/2013 3:22:07 PM | Link to New Minor Group | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 3:21:10 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | Other | |
| 03/13/2013 3:20:21 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | Complainant | |
| 03/13/2013 3:19:43 PM | Add Entity (Non-Employee) | MacDonald Michael | Active Non Referral | Subject | |
| 03/13/2013 3:19:01 PM | Add Entity (Employee) | MacDonald Michael | Active Non Referral | | |
| 03/13/2013 3:18:01 PM | Create Non Referral Case | MacDonald Michael | Active Non Referral | | |

## Linked Alerts

no rows found

## Notes

Exhibit _1_, Page _6_

| Note ID | Created By | Note Type | Topic | Note | Creation Timestamp |
|---|---|---|---|---|---|
| 353129 | MacDonald, Michael | Predication | | A call was received on the Chairman's Line by a customer who only identified himself as B▓. The customer stated that his former AE at the Brea, CA branch had contacted him and tried to get him to switch over to the AE's new firm. The customer agreed to meet with the AE and is concerned because the AE came to the meeting with forms that were already completed with the customer's personal and Fidelity account details. Matter has been escalated to Reactive Investigations for further review. | 03/13/2013 4:01:31 PM |
| 353131 | MacDonald, Michael | Hot Issue | Customer states that his former AE, who left Fidelity has his personal and account information | | 03/13/2013 4:02:13 PM |
| 353133 | MacDonald, Michael | Noteworthy Remark | | (PWIS/ Branches) - A customer voiced concerns about the fact that his former AE at Fidelity contacted him to try and get the customer to go to the AE's new firm. When they met, the former employee had pre-filled forms with the customer's personal and Fidelity account information. Matter referred to the Reactive Investigations Group and is ongoing. | 03/13/2013 4:03:47 PM |
| 353136 | MacDonald, Michael | Narrative | | E&R received a call on the Chairman's Line on the afternoon of March 13, 2013, from a customer of the Brea, CA branch. The customer did not want to get anyone in trouble and was uncomfortable giving his full name, but did state that his name was B▓. To help identify himself, he also stated his wife's name was B▓▓▓▓. He was calling because he was concerned about a situation involving his former Account Executive at the branch. His former AE, Dean Heimbach, left the branch in December of last year. Recently Heimbach contacted the customer in an attempt to get him to take his business to Heimbach's new firm. The customer agreed to have Heimbach come to his house to discuss possibly switching firms. What concerned the customer is that Heimbach showed up and had forms already filled out with the customer's personal and Fidelity account details. The customer is concerned about the fact that Heimbach has his personal information in his possession.<br><br>The customer ultimately opted to stay with Fidelity. Recently, he met with his new AE. The only name he could give me was Kevin. Based on Who's Who, it is believed to be Kevin Goodman (a486582). Goodman told the customer that he should report it to someone and suggested the Branch Manager, Linda Park (a475569). The customer did not feel comfortable speaking with Linda and ultimately decided to call the Chairman's Line.<br><br>REDACTED , at the request of Leslie Blickenstaff and Stacy Schmidt in Legal. REDACTED | 03/13/2013 4:07:11 PM |
| 353308 | MacDonald, Michael | Narrative | | Per Matt Giese, this matter will be assigned to Eric Bronner. | 03/14/2013 9:36:29 AM |
| 354581 | Bronner, Eric | Noteworthy Remark | | Leslie Blickenstaff from Legal was notified of this issue on March 15, 2013. Legal informed us that REDACTED | 03/19/2013 11:10:57 AM |

**Minor Case Groups**

| Minor Case Group Reference | Title | Status | Create Date | Assigned To | Major Case Group Reference |
|---|---|---|---|---|---|
| MN13_05394 | Heimbach previous and/or related cases | New Minor Group | 03/13/2013 | Michael MacDonald | |

**Documents**

| Document Date | Description | Document Link | Mime-Type | FileName | Size |
|---|---|---|---|---|---|
| 03/14/2013 | Escalation Email Chain | Link Disabled | application/octet-stream | RE Chairman's Line Referal C13_78266 .msg | 63.00 KB |

**Associated Entity**

| Associated Entity ID | SSN/Tax ID # | Corp ID | First Name | Last Name | Business Name | Type | Address 1 | Address 2 | City | Addr State | Zip | Comment | Alias | Administrative Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170346 | ▓ | A486744 | DEAN | HEIMBACH | BRANCHES. | Subject | 815 EAST BIRCH STREET | | BREA | CA | 92821 | | | |
| 170347 | | | B▓ | | | Unknown | | | | | | Complainant | | |

REDACTED MATERIAL

Exhibit _1_, Page _7_



| 170348 | A475589 LINDA PARK | BRANCHES, Other | 815 EAST BIRCH STREET | BREA CA 92821 |
| --- | --- | --- | --- | --- |
| 170349 | A486562 KEVIN GOODMAN | BRANCHES, Other | 815 EAST BIRCH STREET | BREA CA 92821 |
| 170355 | Barbara Unknown | Complainant | | |

**Tasks**

no rows found

**Vendor**

no rows found

**Associated Accounts**

no rows found

**Exposure/ Loss Recovery**

no rows found

**Case Gap Analysis**

no rows found

**Property Theft - Computer**

no rows found

**Property Theft - General**

no rows found

**Siren Cases**

no rows found

**Case Impact/Resolution**

| Resolution: | Patient transported to hospital/PCP by co-worker: |
| --- | --- |
| Assistance Rendered by Public Authority: | Patient transported via ambulance: |
| Assistance Rendered by RSOT: | Policy Reminder: |
| Assistance rendered by Travel Security: | Assistance Rendered by SOG: |
| Referred to HR: | Resolved by RSOT and outside authorities: |
| Assistance rendered by Vendor: | Resolved by RSOT staff/No External response: |
| Demotion/Loss of Position: | SAR Filed: |

Exhibit __1__, Page __8__                    REDACTED MATERIAL

| | |
|---|---|
| EMS responded/Patient refused medical treatment: | SNW: |
| Executive Escalation Notified: | Final Written Warning: |
| SNWUT: | |
| Financial Impact: | Terminated - Involuntary: |
| Inconclusive: | Terminated - Mutual Agreement: |
| No employee impact: | Terminated - Resignation: |
| No threat identified: | Threat Mitigated: |
| Not Founded: | Traveler(s) notified: |
| Oral Warning: | Treatment rendered by RS&O staff/No EMS response: |
| Patient departed to see PCP by self transport: | Well-being check conducted: |
| Patient transported by family member: | Written Warning: |
| Patient transported to hospital/PCP by Boston Coach: | |
| Within Terms: | Category: |
| Results: | Value of Relationship: |
| Impact Statement Received: | |
| Statement Received Date: | |

Copyright 1998-2010 Norkom Technologies Ltd. All rights reserved.    EIMScreen_CaseDetailsPP

Exhibit _1_, Page _9_