Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500
Fax: (213) 485-1200

Jennifer A. Kenedy (pro hac vice application pending)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, | CASE NO. SACV13-0573 AG (ANx) |
| Plaintiff, | PLAINTIFF FIDELITY BROKERAGE SERVICES LLC'S NOTICE OF RELATED CASES |
| vs. | |
| DEAN HEIMBACH, | [Local Rule 83-1.3.1] |
| Defendant. | Complaint Filed: April 10, 2013 |

PLEASE TAKE NOTICE that Plaintiff Fidelity Brokerage Services LLC ("Fidelity") hereby provides notice as required by Local Rule 83-1.3.1 of related cases previously filed or currently pending in the Central District of the United States

ORIGINAL

1

1 | District Court of California.

2 |     Based on knowledge and belief, Fidelity asserts that no related or pending cases
3 | exist as defined in Local Rule 83-1.3.1.

5 | Dated: April 10, 2013          Respectfully submitted,

LOCKE LORD LLP

By: *[signature]*
Nina Huerta
Attorneys for Plaintiff
Fidelity Brokerage Services LLC

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2