1  MARVIN BARTEL #107531
   mbartel@bartelevans.com
2  MORGAN R. EVANS #198278
   mevans@bartelevans.com
3  BARTEL & EVANS LLP
   4695 MacArthur Court, Suite 1550
4  Newport Beach, CA  92660
   Telephone:  (949) 752.3700
5  Facsimile:   (949) 752.3701

6  Attorneys for Defendant
   DEAN HEIMBACH
7

8
                    UNITED STATES DISTRICT COURT
9
        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

11

12  FIDELITY BROKERAGE              Case No. CV 13-0573 AG (ANx)
    SERVICES LLC,                   Assigned for all Purposes to the Hon.
13                                  Andrew Guilford
                Plaintiff,
14                                  **DEFENDANT DEAN
        vs.                         HEIMBACH'S EVIDENTIARY
15                                  OBJECTIONS TO, AND
    DEAN HEIMBACH,                  REQUEST TO STRIKE
16                                  PORTIONS OF THE
                Defendant.          DECLARATION OF MICHAEL
17                                  MACDONALD**

18
                                    (Opposition to Plaintiff's Ex Parte
19                                  Application for OSC re Preliminary
                                    Injunction; Declarations of Dean
20                                  Heimbach and Robert Wrona; and
                                    Evidentiary Objections to
21                                  Declarations of Linda Park, Leslie
                                    Blickenstaff, and Eric Bronner, Filed
22                                  Concurrently Herewith)

23                                  Date: April 29, 2013
                                    Time: 10:00 a.m.
24                                  Courtroom: 10D

25

26

27

28

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MICHAEL MACDONALD

1   Defendant Dean Heimbach ("Heimbach") hereby objects to and requests to
2   strike the following evidence presented by Plaintiff FIDELITY BROKERAGE
3   SERVICES LLC ("Plaintiff") Declaration of Michael MacDonald in connection
4   with Plaintiff's ex parte application for an order to show cause re preliminary
5   injunction.  These objections are made in accordance with the Federal Rules of
6   Evidence.  Heimbach hereby incorporates by reference his concurrently filed
7   Opposition, which set forth the further bases for the evidentiary objection and
8   request to strike.  Heimbach will respectfully request the Court to sustain the
9   above objections and to strike the evidence referred to below.

| DECLARATION OF MICHAEL MACDONALD | OBJECTIONS |
|---|---|
| 1.   Page 3, ¶4, lines 9-13. "On March 13, 2103, a customer of Fidelity's Brea, California branch who identified himself only as 'B[redacted]', called on March 13, 2103 to voice concerns that his form Account Executive at Fidelity, Dean Heimbach, had recently contacted him and tried to persuade the customer to move his accounts to the former employee's new financial services firm." | 1.   Hearsay (Fed. R. Evid. 801) |
| 2.   Page 3, ¶4, lines 14-20. "The customer reported that when | 2.   Hearsay (Fed. R. Evid. 801) |

| DECLARATION OF<br>MICHAEL MACDONALD | OBJECTIONS |
|---|---|
| they met at the customer's house to discuss moving his accounts, Heimbach showed up with pre-filled in forms containing the customer's personal and Fidelity account information. Although the customer was hesitant to identify himself, he told me his wife's name was 'B[redacted]', that he was a customer of Heimbach, and that he was calling Fidelity to report this incident because he was concerned that Heimbach had his personal and Fidelity account information in his possession after he no longer worked for Fidelity." | |
| 3.     Page 3, line 27 through page 4, line 1; ¶5. "A true and correct copy of the Norkom report I created documenting the customer's call on March 13, 2013 is attached hereto and incorporated herein as Exhibit 1." | 3.     Hearsay Statements in purported business record (Fed. R. Evid. 801). |

1
2   Dated: April 22, 2013                BARTEL & EVANS LLP
3
4                                        By: _____/s/ Marvin Bartel_____
                                                  Marvin Bartel
5                                        Attorneys for Defendant DEAN
                                         HEIMBACH
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MICHAEL MACDONALD