| | |
|---|---|
| 1 | MARVIN BARTEL #107531 |
|   | mbartel@bartelevans.com |
| 2 | MORGAN R. EVANS #198278 |
|   | mevans@bartelevans.com |
| 3 | BARTEL & EVANS LLP |
|   | 4695 MacArthur Court, Suite 1550 |
| 4 | Newport Beach, CA  92660 |
|   | Telephone:  (949) 752.3700 |
| 5 | Facsimile:   (949) 752.3701 |
| 6 | Attorneys for Defendant |
|   | DEAN HEIMBACH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

FIDELITY BROKERAGE SERVICES LLC,

    Plaintiff,

vs.

DEAN HEIMBACH,

    Defendant.

Case No. CV 13-0573 AG (ANx)
Assigned for all Purposes to the Hon. Andrew Guilford

**DEFENDANT DEAN HEIMBACH'S EVIDENTIARY OBJECTIONS TO, AND REQUEST TO STRIKE PORTIONS OF THE DECLARATION OF ERIC BRONNER**

(Opposition to Plaintiff's Ex Parte Application for OSC re Preliminary Injunction; Declarations of Dean Heimbach and Robert Wrona; and Evidentiary Objections to Declarations of Michael MacDonald, Linda Park, and Leslie Blickenstaff, Filed Concurrently Herewith)

Date: April 29, 2013
Time: 10:00 a.m.
Courtroom: 10D

1

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ERIC BONNER

Defendant Dean Heimbach ("Heimbach") hereby objects to and requests to strike the following evidence presented by Plaintiff FIDELITY BROKERAGE SERVICES LLC ("Plaintiff") Declaration of Eric Bonner in connection with Plaintiff's ex parte application for an order to show cause re preliminary injunction. These objections are made in accordance with the Federal Rules of Evidence. Heimbach hereby incorporates by reference its concurrently filed Opposition, which set forth the further bases for the evidentiary objection and request to strike. Heimbach will respectfully request the Court to sustain the above objections and to strike the evidence referred to below.

| DECLARATION OF ERIC BONNER | OBJECTIONS |
|---|---|
| 1. Page 2, line 28 through page 3, line 1, ¶4: "A true and correct copy of the Norkom report documenting the customer's call on March 13, 2013 is attached hereto and incorporated herein as Exhibit 1." | 1. No foundation (Fed. R. Evid. 602); Hearsay statements in report (Fed. R. Evid. 801). |
| 2. Page 3, ¶5 in its entirety. | 2. Hearsay statements in report (Fed. R. Evid. 801); Best Evidence Rule (Fed. R. Evid. 1002); |
| 3. Page 3, lines 17-22, ¶6: "According to the Norkom report, the | 3. Hearsay statements in report (Fed. R. Evid. 801); |

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ERIC BONNER

| DECLARATION OF ERIC BONNER | OBJECTIONS |
|---|---|
| customer did not want to identify himself completely, but did say his name was 'B[redacted]' and, to further identify himself, indicated that his wife's name was 'B[redacted]'." | Best Evidence Rule (Fed. R. Evid. 1002). |

Dated: April 22, 2013

BARTEL & EVANS LLP

By:    /s/ Marvin Bartel
        Marvin Bartel
Attorneys for Defendant DEAN HEIMBACH

EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ERIC BONNER