Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600     NOTE CORRECT CASE NUMBER
Los Angeles, CA 90071
Tel:  (213) 485-1500
Fax:  (213) 485-1200

Jennifer A. Kenedy (*admitted pro hac vice*)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 443-0700
Fax:  (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEAN HEIMBACH,<br><br>　　　　Defendant. | CASE NO. SACV 13-0573 AG (ANx)<br><br>**STIPULATED PRELIMINARY INJUNCTION ORDER**<br><br>Date:  May 13, 2013<br>Time:  10:00 a.m.<br>Courtroom 10D<br><br>[Stipulation for Entry of Agreed Preliminary Injunction Order filed concurrently herewith] |

　　　　This Court, having read and considered the parties' Stipulation for Entry of a Preliminary Injunction Order and being fully advised of the premises, hereby finds that GOOD CAUSE supports the requested relief and, accordingly, enters the following preliminary injunction order:

(i)     Heimbach is prohibited from using, disclosing, transmitting and continuing to possess for any purpose, including solicitation of customers, the names, addresses, and confidential financial information of the Fidelity customers Heimbach learned of through his employment with Fidelity;

(ii)    To the extent he has not already done so, Heimbach shall return to Fidelity any and all records, documents and/or information pertaining to Fidelity customers, whether in electronic, handwritten or any other form within five (5) days of entry of this order, including any and all copies.  This requirement includes all records or documents, in any form, if created by Heimbach, based on documents or information that was received or removed from Fidelity by Heimbach;

(iii)   Heimbach shall file a declaration attesting that, in accordance with this order, he has returned to Fidelity all information subject to this Order within seven (7) days from the entry of this Order; and

(iv)    This Order is effective immediately and does not require the posting of an injunction bond.

(v)     The May 13, 2013 hearing in this matter is hereby vacated, and the parties need not appear.

IT IS SO ORDERED.

Dated:  May _9_, 2013

_____
The Honorable Judge Andrew Guilford
United States District Judge